445 A.2d 216

Commonwealth v. Thomas, Appellant.

 Submitted September 11, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Nancy D. Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.